UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
TYRONE HOLMES and
SAMUEL'S TEMPLE CHURCH OF
GOD IN CHRIST, INC.,

        **Plaintiffs,**

                              11 CV 1543 (LTS) (DCF)

-against-

BRYAN M. HARRIS a/k/a BRYAN        NOTICE OF MOTION
MICHAEL HARRIS and BLUEBOX
ENTERTAINMENT, INC.,

                                    ECF CASE

        **Defendants.**
-----------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Eric Andrew Suffin, Esq., declared on March 12, 2013, upon the exhibits attached thereto, and upon the memorandum of law in support of the motion to be withdrawn, counsel for Plaintiffs will move this Court, before Honorable Debra Freeman, United States Magistrate Judge, for an order pursuant to <u>Local Civil Rule 1.4</u>, withdrawing as counsel Eric Andrew Suffin and Law Firm of Eric Andrew Suffin, attorney of record for Plaintiffs in the above-captioned action, and pursuant to <u>N.Y. Judiciary Law § 475</u>, common law and equity, holding there is a retaining lien and charging lien to the benefit of Suffin in the amount of Forty Six Thousand One Hundred and Sixty Four Dollars ($46,164).

      Pursuant to <u>Local Civil Rule 6.1</u> any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated: New York, New York
       March 12, 2013

s/

_____
Eric Andrew Suffin (ES 6867)
Law Firm of Eric Andrew Suffin
501 5th Avenue, 3rd Floor
New York, NY 10017
T ó 646.600.5264
E ó es@suffinlaw.com
Attorney for Plaintiffs