UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYRONE HOLMES and                              NO. 11-cv-1543 (LTS) (DCF)
SAMUEL'S TEMPLE CHURCH OF
GOD IN CHRIST
                                Plaintiffs,

    -against-                                             **NOTICE OF**
                                                                             **APPEARANCE**

BRYAN M. HARRIS a/k/a
BRYAN MICHAEL HARRIS and
BLUEBOX ENTERTAINMENT, INC.,
                                Defendants.
-------------------------------------------------------------X


**TO THE CLERK OF COURT:**


KINDLY enter my appearance for plaintiffs, Tyrone Holmes and Samuel's Temple Church of God in Christ, in the above-captioned matter and have all notices sent to me at the address and email below. I certify that I am admitted to the United States District Court for the Southern District of New York, bar number RL 4082.



Dated: New York, New York              _____/s/_____
       March 18, 2013                   ROBERT G. LEINO, ESQ.
                                               Attorney for Plaintiffs
                                               15 Park Row, 17F
                                               New York, New York 10038
                                               212-964-1574
                                               rgleino@leinolaw.com